UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MOSIAH ARMSTRONG, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No.: 2:14-cv-263-TWP |
| v. ) | |
| ) | |
| SULLIVAN COUNTY CRIMINAL ) | |
| COURT, et al., ) | |
| ) | |
| *Defendants*. ) | |

## MEMORANDUM

On November 17, 2014, plaintiff was ordered to pay the full filing fee or submit the documents necessary to proceed *in forma pauperis*. Plaintiff's copy of that order, which was mailed to him at his last known address of Sullivan County Detention Center, was returned undelivered on November 26, 2014. Subsequent mail sent to plaintiff at that address has likewise been returned undelivered. Plaintiff bears the burden of prosecuting his action, which includes informing the Court of his correct mailing address, and he has not done so.

Accordingly, this action will be **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER.**

s/ Thomas W. Phillips
United States District Judge