# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| MOSIAH ARMSTRONG,<br><br>    *Plaintiff*,<br><br>v.<br><br>SULLIVAN COUNTY CRIMINAL COURT, et al.,<br><br>    *Defendants*. | No.: 2:14-cv-263-TWP |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the Court. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                        s/ Thomas W. Phillips
                                                        United States District Judge

ENTERED AS A JUDGMENT
     s/ *Debra C. Poplin*
    CLERK OF COURT